70

Sam SCHNITZER, Estate of Harry J. Wolf, Deceased, by Monte L. Wolf, Administrator, de bonis non with the will annexed of said estate, Monte L. Wolf, Blossom M. Goldstein, Charlotte C. Cohon, Estate of Jennie Wolf, Deceased, by Monte L. Wolf, Administrator de bonis non with the will annexed of said estate, Petitioners, v. COMISSIONER OF INTERNAL REVENUE, Respondent.

Nos. 12471–12476.

United States Court of Appeals
Ninth Circuit.

July 24, 1950.

Rehearing Denied Sept. 25, 1950.

Robt. T. Jacob and Jacob & Brown, all of Portland, Or. (Garthe Brown, Portland, Or., of counsel), for petitioners.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott, I. Henry Kutz and Howard Locke, Sp. Assts. to Atty. Gen., for respondent.

Before STEPHENS and ORR, Circuit Judges, and McLAUGHLIN, District Judge.

PER CURIAM.

The decisions appealed from are affirmed upon the basis of the Tax Court's opinion reported in 13 T.C. 43.

Affirmed.

UNITED STATES of America v. Charles A. PLUMB, Richard Henry Morgan and Paul Brawner.

No. 4114.

United States Court of Appeals
Tenth Circuit.

July 13, 1950.

Lester Luther, United States Attorney, and V. J. Bowersock and Malcolm Miller, Assistant United States Attorneys, all of Topeka, Kan., for appellant.

Eugene G. Coombs, Robert H. Nelson and Roy H. Wasson, all of Wichita, Kan., for appellees.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed July 13, 1950, on motion of appellant.